AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CLYDE JORDAN,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-087

BRIAN ADAMS,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 21, 2020, the Petition brought pursuant to 28 U.S.C. § 2254 is DISMISSED; furthermore, any future petition for a writ of habeas corpus that Petitioner files will be subject to all statutory provisions applicable to such actions, including those enacted under the Antiterrorism and Effective Death Penalty Act of 1996. This action stands CLOSED.

12/21/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020